JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 21-2733 PA (MRWx) | Date | April 13, 2021 |
|---|---|---|---|
| Title | Tran San v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On April 1, 2021, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a procedural defect in the Notice of Removal. The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defect. Specifically, plaintiff was directed to inform the Court in writing by April 12, 2021, if plaintiff objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect. Accordingly, for the reasons stated in the Court's April 1, 2021 Order, this action is remanded to the Los Angeles County Superior Court, Case No. 20STCV06070.

IT IS SO ORDERED.